UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>SOLEDAD RUBIO,<br><br>  Defendant. | NO. CR21-0136 RSL<br><br>ORDER RE: MOTION REQUESTING RELEASE OF DEFENDANT'S PASSPORT |

The Court, having fully considered the briefing on this matter, hereby GRANTS Defendant Soledad Rubio's Motion Requesting Release of Passport. Accordingly, the Clerk of the Court is ORDERED to release Ms. Rubio's passport to the custody of her counsel, Jason A. Harn, to be held at the law firm of Colvin & Hallett, P.S., for the duration of Ms. Rubio's term of probation. It is further held that, for the duration of Ms. Rubio's term of probation, Ms. Rubio may only possess her passport during periods for which she has received approval to travel internationally from either United States Probation or this Court.

Dated this  6th  day of   January  , 202 2 .

_____
The Honorable Robert S. Lasnik
United States District Judge

Rubio/CR21-0136 RSL
 Order re: Release of Passport - 1