UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SOLEDAD RUBIO,<br><br>    Defendant. | NO.  CR21-0136 RSL<br><br>ORDER RE: UNOPPOSED MOTION FOR STANDING AUTHORIZATION TO TRAVEL |

This Court, having fully considered the briefing on this matter, hereby GRANTS Defendant Soledad Rubio's Unopposed Motion for Standing Authorization for Travel.  Accordingly, it is ORDERED that this Court grants Ms. Rubio standing authorization for the remainder of her term of probation to travel to El Salvador, subject to receiving prior approval from the Office of Probation.

Dated this  5th  day of   July   , 2023 .

_____
The Honorable Robert S. Lasnik
United States District Judge

Rubio/CR21-0136 RSL
Order re: Unopposed Mot. Re: Standing
Authorization to Travel - 1